HEATHER E. WILLIAMS, #122664
Federal Defender
ANDRAS FARKAS, #254302
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
CALEB MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:13-mj-00132 SKO |
| *Plaintiff,* | STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING |
| vs. | |
| CALEB MARTINEZ, | |
| *Defendant.* | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Elliott C. Montgomery, Counsel for Plaintiff, and Assistant Federal Defender, Andras Farkas, Counsel for Defendant Caleb Martinez, that the change of plea hearing set for November 4, 2013 before Magistrate Judge Stanley A. Boone, **may be rescheduled to December 19, 2013 at 10:00 a.m.**

The requested continuance is necessary because Mr. Martinez started a new job and cannot take time off work during his 60-day probationary period.  The requested continuance will conserve time and resources for both parties and the court.  The government does not object to the request to continue.

///

///

///

-1-

Dated:  October 31, 2013

          BENJAMIN B. WAGNER
          United States Attorney

          */s/ Elliott C. Montgomery*
          ELLIOTT C. MONTGOMERY
          Assistant United States Attorney
          Attorney for Plaintiff

Dated:  October 31, 2013

          HEATHER E. WILLIAMS
          Federal Defender

          */s/ Andras Farkas*
          ANDRAS FARKAS
          Assistant Federal Defender
          Attorney for Defendant
          CALEB MARTINEZ

## **O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

Dated:  **November 1, 2013**            _____
                                                   UNITED STATES MAGISTRATE JUDGE