AO 245D-CAED (Rev. 09/2011) Sheet 1 - Judgment in a Criminal Case for Revocation

Case 1:15-cr-00002-LJO   Document 22   Filed 12/24/14   Page 1 of 2

FILED
DEC 24 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**CALEB W.F. MARTINEZ**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **1:13MJ00132-001**

Erin Snider
Defendant's Attorney

**THE DEFENDANT:**

[✔] admitted guilt to violation of Charges _One, Two, and Three_ as alleged in the violation petition filed on _12/11/2014_.

[ ] was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Charge One | Failed To Pay His Full Fines and Failed To Make Monthly Payments After April 2014 | 10/16/2014 |
| Charge Two | Failed To Complete His 60 Hours Of Community Service Or Provide Proof Of Completion Of His Community Service Hours | 10/1/2014 |
| Charge Three | Failed To Appear For His Review Hearing | 10/16/2014; 11/20/2014 |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on _12/19/2013_.

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] Charge(s) ___ is/are dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

12/24/2014
Date of Imposition of Sentence

_____
Signature of Judicial Officer

**STANLEY A. BOONE**, United States Magistrate Judge
Name & Title of Judicial Officer

12/24/2014
Date

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 45 days .

[ ] No TSR: Defendant shall cooperate in the collection of DNA.

[✓] The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the defendant be incarcerated in the LERDO, facility, KERN COUNTY, CALIFORNIA, but only insofar as this accords with security classification and space availability.

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[✓] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[✓] before 2:00 PM on 1/15/2015 .
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.
If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

___

___

___

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal