HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, OR Bar #116342
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CALEB W.F. MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00002-LJO |
| Plaintiff, | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE FOR DEFENDANT; ORDER THEREON** |
| vs. | |
| CALEB W.F. MARTINEZ, | Date:  January 12, 2015 |
| Defendant. | Time:  11:00 a.m. |
| | Judge:  Hon. Lawrence J. O'Neill |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Defendant Caleb W.F. Martinez, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Defendant makes this request for a waiver of appearance because he currently resides in Exeter, California. Defendant does not have a valid driver's license and, thus, traveling to Fresno is difficult. This request is made pursuant to Federal Rule of Criminal Procedure

43(b)(3).

DATED: January 8, 2015  /s/ *Caleb W.F. Martinez*
Caleb W.F. Martinez

DATED: January 8, 2015  /s/ *Erin Snider*
Erin Snider
Assistant Federal Defender
Attorney for Defendant
Caleb W.F. Martinez

**O R D E R**

This request is DENIED. One of the concerns of this Court deals with the assurance of appearance factors during the time he has been released pending either extension of a date to report or incarceration.

IT IS SO ORDERED.

Dated:   **January 8, 2015**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE