# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 1:15-cr-0002 LJO |
| Plaintiff, | **ORDER RE STIPULATION OF COUNSEL WITHDRAWING APPEAL AND REMANDING TO THE MAGISTRATE JUDGE** |
| v. | |
| **CALEB W.F. MARTINEZ** | |
| Defendant. | |

The above matter came on for hearing before U.S. District Judge Lawrence J. O'Neill on the pending Appeal on January 12, 2015. Pursuant to the stipulation of counsel:

1. The Appeal has been withdrawn.
2. The matter is remanded to the Magistrate Judge for:
   a. A clarification of whether the Court considered pending state charges in determining the sentencing, and if so, the legal authority for doing so; and
   b. An articulation of the reasons for the sentencing it ordered (45 days vs the 10 recommended).

Nothing in the stipulation or in this Order precludes a resentencing by the Magistrate Judge, nor is there any preclusion by either side from appealing either the current or subsequent sentencing thereafter.

The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:   **January 16, 2015**         /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1